584 A.2d 208

CLIFFORD NELSON v. CONTINENTAL INSURANCE COMPANY OF NEW JERSEY, ET AL.

May 7, 1990.

Petition for certification denied.

584 A.2d 208

MARIA T. MONTORO v. JOSEPH MONTORO.

May 7, 1990.

Petition for certification denied.

584 A.2d 208

SUSAN WRIGHT AND WALTER WRIGHT v. WESRAY CORPORATION.

May 7, 1990.

Petition for certification denied.

584 A.2d 209

STATE OF NEW JERSEY v. JAMES PAZIORA.

May 7, 1990.

Petition for certification denied.